



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL OEDER & SONS SAND & GRAVEL CO., A DIVISION OF OEDER & SONS GARAGE INC., | : | CASE NO. C-1-01-826 |
| | : | (Judge Susan J. Dlott) |
| Plaintiff, | : | **ANSWER OF DEFENDANT UNION TOWNSHIP (JURY DEMAND ENDORSED HEREON).** |
| vs. | : | |
| UNION TOWNSHIP, et al., | : | |
| Defendants. | : | |

Now comes Union Township, Defendant herein ("Answering Defendant"), by and through counsel, and for its answer to Plaintiffs' *Verified Complaint*, states as follows:

### FIRST DEFENSE

1. Answering Defendant admits that a copy of Resolution 112000-01 is attached as Exhibit "1" to Plaintiff's *Verified Complaint*. Answering Defendant denies the remaining averments contained within paragraph 1 of Plaintiff's *Verified Complaint*.

2. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraphs 2, 5, 6, 7, 8 and 10 of Plaintiffs' *Verified Complaint* and therefore denies those averments.

3. Answering Defendant admits that it is a political subdivision of the State of Ohio and is located in Warren County, Ohio. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained within paragraphs 3 of Plaintiffs' *Verified Complaint* and therefore denies those averments.

1



4. Answering Defendant admits the averments contained within paragraph 4 of Plaintiff's *Verified Complaint*.

5. Answering Defendant admits or denies the averments incorporated by reference in paragraphs 11, 15, 17 and 19 of Plaintiffs' *Verified Complaint* to the same extent that said averments are otherwise admitted or denied herein.

6. Answering Defendant denies the averments contained within paragraphs 9, 12, 13, 14, 16, 18, 20, 21 and 22 of Plaintiffs' *Verified Complaint*

7. Answering Defendant denies each and every averment of Plaintiffs' *Verified Complaint* not specifically admitted as true herein.

## SECOND DEFENSE

8. Plaintiff's *Verified Complaint* fails to state a claim upon which relief may be granted against Answering Defendant.

## THIRD DEFENSE

9. Plaintiff has failed to join the necessary parties to this action pursuant to FRCP 19.

## FOURTH DEFENSE

10. Answering Defendant is immune from liability for Plaintiff's claims.

## FIFTH DEFENSE

11. The provisions of Ohio Revised Code §2744.01 *et seq.* bar Plaintiff's claims.

## SIXTH DEFENSE

12. The act or omission of a third party and/or third parties for which Answering Defendant is not legally responsible proximately caused Plaintiff's injury and damage.

## SEVENTH DEFENSE

13. Applicable statutes of limitation bar Plaintiff's claims.

## EIGHTH DEFENSE

14. Plaintiff has failed to mitigate its damage.

## NINTH DEFENSE

15. Plaintiff has failed to exhaust administrative remedies.

## NINTH DEFENSE

16. Waiver and estoppel bar Plaintiff's claims.

## TENTH DEFENSE

17. Plaintiff lacks standing and capacity to assert its claims.

**WHEREFORE**, having fully answered the *Verified Complaint,* Answering Defendant respectfully requests that Plaintiffs' *Verified Complaint* be dismissed with prejudice at Plaintiff's costs; and requests an award of reasonable attorney fees in its favor.

Respectfully submitted,

_____
Patrick K. Dunphy (0017827)
FALKE & DUNPHY, LLC
30 Wyoming Street
Dayton, Ohio 45409
(937) 222-3000
Trial Attorney for Defendant
Union Township

## JURY DEMAND

Answering Defendant demands a trial by jury on all issues so triable.

_____
PATRICK K. DUNPHY

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the parties by placing a copy in the ordinary U.S. Mail, this 17TH day of DECEMBER, 2001, addressed as follows:

>Brian P. Barger, Esq.
>Jack J. Brady, Esq.
>Patricia J. Kleeberger. Esq.
>BRADY, COYLE & SCHMIDT, LLP
>4052 Holland Sylvania Road
>Toledo, Ohio 43623
>Trial Attorneys for Plaintiffs
>
>Patrick M. Pickett, Esq.
>ISAAC, BRANT, LEDMAN & TEETOR
>The Midland Building
>250 East Broad Street
>Columbus, Ohio 43215-3742
>Trial Attorney for Defendant,
>Thomas Arris, Warren County Sheriff

_____
PATRICK K. DUNPHY