IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL OEDER & SONS SAND & GRAVEL,

vs.                                      Case Number: C-1-01-826

UNION TOWNSHIP, et al,

MINUTES: HEARING ON Motion for Preliminary Injunction

Argument of Counsel

Testimony presented by the parties

| | | |
|---|---|---|
| David Oeder | Dir: | Cross: |
| Lionel Lawhorn | Dir: A - J | Cross: |
| Harry Herbst | Dir: | Cross: |

Court ordered in open Court that the motion will be granted. Order to follow. Court will hold a status conference on January 25, 2002 at 2:30

Judge:              Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               December 20, 2001