

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (at Cincinnati)

| | | |
|---|---|---|
| **Carl Oeder & Sons Sand & Gravel Co.,** * | | Case No. C-1-01-826 |
| **A Division of Oeder & Sons Garage** | | |
| **Incorporated** * | | Judge Susan J. Dlott |
| and * | | |
| **Timothy Browning,** * | | **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED.R.CIV. P. 26(a)(1)** |
| Plaintiffs, * | | |
| vs. * | | |
| **Union Township** * | | |
| Defendant. * | | |

Now come Plaintiffs, Carl Oeder & Sons Sand & Gravel Co., a Division of Oeder & Sons Garage Incorporated, and Timothy Browning, by and through their attorneys, the law offices of Brady, Coyle & Schmidt, LLP, and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and in accordance with the Joint Discovery Plan hereby respectfully submit the following initial disclosures.

27

## I. Identification of Persons with Information Relevant to Disputed Facts.

1. Carl E. Oeder
3980 Turtlecreek Road
Lebanon, Ohio 45036

    Mr. Oeder has information relative to Plaintiff Oeder's operations and the impact of the Resolution on the operations.

2. David Oeder
3980 Turtlecreek Road
Lebanon, Ohio 45036

    Mr. Oeder has information relative to Plaintiff Oeder's operations and the impact of the Resolution on the operations.

3. Timothy Browing
3980 Turtlecreek Road
Lebanon, Ohio 45036

    Mr. Browning has information relative to the impact of the Resolution on his trucking activities and a description of his trucking activities while driving for Plaintiff Oeder.

4. Expert Witness
Thomas E. Titus, C.P.A.
Titus, Urbanski & Demarco, Inc.
1627 Henthorne Drive
Maumee, OH 43537

    Mr. Titus has information relative to the damages that Plaintiff Oeder has sustained as a result of the Resolution.

5. John Louallen, Trustee
99 North High Street
South Lebanon, Ohio 45065

    Mr. Louallen has information relative to the background and passage of the Resolution and the enforcement of the Resolution.

6. Lionel Lawhorn, Trustee

    Mr. Lawhorn has information relative to the background and passage of the Resolution and the enforcement of the Resolution.

7. Trustee, name unknown

    Trustee has information relative to the background and passage of the Resolution and the enforcement of the Resolution.

## II Description of Documents in Plaintiffs' Possession, Custody, or Control Relevant to Disputed Facts.

1. Resolution 112000-01 which was attached to Plaintiffs' Amended Complaint for Declaratory Judgment, Injunctive Relief, and Other Damages.

## III Computation of Damages

1. Plaintiff Oeder alleges that it has suffered damages as a result of the Resolution in an amount in excess of $1,000,000, as identified by Plaintiff Oeder's expert witness.

2. Plaintiff Browning's damages relate to the Resolution's interference with his ability to use his truck to haul material. Plaintiff Browning also intends to retain an expert to more definitively ascertain the full measure of the damages he has suffered.

**IV** **Insurance Agreements**

1. N/A.

Respectfully submitted,

**BRADY, COYLE & SCHMIDT, LLP**

By *Jack J. Brady / by Patricia J Kleeberger*
Jack J. Brady (0010146)
Jjbrady@bcslawyers.com
TRIAL ATTORNEY

By *Brian P. Barger*
Brian P. Barger (0018908)
Bpbarger@bcslawyers.com

By *Patricia J Kleeberger*
Patricia J. Kleeberger (0070068)
Pjkleeberger@bcslawyers.com
4052 Holland-Sylvania Road
Toledo, Ohio 43624
(419) 885-3000 (Phone)
(419) 885-1120 (Fax)
Attorneys for Plaintiffs Carl E. Oeder & Sons Sand & Gravel Co., A Division of Oeder & Sons Garage Incorporated, and Timothy Browning

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Plaintiffs' Initial Disclosures Pursuant to Fed.R.Civ. P. 26(a)(1)* was sent this 27th day of November, 2002, via ordinary U.S. Mail, to Patrick K. Dunphy. Esq., Attorney for Defendant Union Township, Falke & Dunphy, LLC, 30 Wyoming Street, Dayton, OH 45409.

*Patricia J Kleeberger*
Patricia J. Kleeberger (0070068)
Attorney for Plaintiffs