FILED
KENNETH J. MURPHY
CLERK

03 SEP 30 PM 2:18

COURT
DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 02-3156

Filed: September 29, 2003

CARL OEDER & SONS SAND & GRAVEL COMPANY, a division of Oeder
& Sons Garage, Inc.

Plaintiff - Appellee

v.

C-1-01-826

UNION TOWNSHIP

Defendant - Appellant

SJD

### MANDATE

Pursuant to the court's disposition that was filed 9/4/03

the mandate for this case hereby issues today.

A True Copy.

COSTS:  NO COSTS TAXED                    Attest:

Filing Fee ..........$
Printing ............$

Total ........$                                    Deputy Clerk