AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CARL OEDER & SONS SAND & GRAVEL,

      V.

UNION TOWNSHIP, et al,

Case Number:   1:01cv826-SJD

District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that a STATUS/SCHEDULING CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | TUESDAY, DECEMBER 23, 2003 at 11:30 A.M. |

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.