IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARL OEDER & SONS SAND  :
& GRAVEL, et al.,
                                   :
    Plaintiffs,                          Case No. 1:01CV826
                                   :
  -vs-
                                 :    District Judge Susan J. Dlott
UNION TOWNSHIP OHIO, et al.,      Magistrate Judge Sharon L. Ovington
                                 :
    Defendants.

**ORDER**

Pursuant to agreement of the parties, a mediation session for this case was held on Tuesday, November 18, 2003. The parties did not reach an agreement to settle this case.

December 12, 2003                                      s/Sharon L. Ovington
                                                        Sharon L. Ovington
                                                United States Magistrate Judge