IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL OEDER & SONS SAND & GRAVEL, :
:
    Plaintiff(s) :
: Case Number: 1:01cv826-SJD
vs. :
: District Judge Susan J. Dlott
UNION TOWNSHIP, et al, :
:
    Defendant(s) :

ORDER

On Tuesday, December 23, 2003, this Court met with all counsel of record and set the following schedule:

1. Opposition to motion for
summary judgment deadline      02/20/04

   Reply in support of motion for
summary judgment deadline      03/05/04

2. Date to file joint proposed final pretrial order.      04/08/04

3. Final pretrial conference[1] at 10:30 a.m.      04/16/04

4. Trial to a Jury commencing at 9:30 a.m.      05/10/04

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Susan J. Dlott
   United States District Judge

---

[1] All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.

   Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.