IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARL OEDER & SONS SAND & GRAVEL, :

    Plaintiff, : Case No. 1:01CV826

 -vs- :

     : District Judge Susan J. Dlott
     Magistrate Judge Sharon L. Ovington

UNION TOWNSHIP, et al. :

    Defendants.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

February  5, 2004              __s/Susan J. Dlott_____
                                                                  Susan J. Dlott
                                                                  United States District Court