IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(at Cincinnati)

| | | |
|---|---|---|
| **Carl Oeder & Sons Sand & Gravel,** A Division of Oeder & Sons Garage Incorporated | * * | Case No. C-1-01-826 District Judge Susan J. Dlott |
| and | * | |
| **Timothy Browning** | * | **DISMISSAL ENTRY** |
| Plaintiffs, | * | |
| v. | * | |
| **Union Township,** | * | |
| Defendant. | * | |

Now come Plaintiffs Carl Oeder & Sons Sand & Gravel, a division of Oeder & Sons Garage Incorporated, and Timothy Browning and Defendant Union Township and hereby stipulate and agree to the dismissal of all claims against the Defendant with prejudice. Moreover, this dismissal is subject to the terms and conditions set forth in the *Agreed Judgment Entry and Consent Decree with Permanent Injunction* entered into between the parties. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **BRADY, COYLE & SCHMIDT, LLP** | **FALKE & DUNPHY LLC** |
| By _Patricia J. Kleeberger_ | By _[signature]_ |
| Jack J. Brady (0010146) | Patrick K. Dunphy (0017827) |
| **TRIAL ATTORNEY** | **TRIAL ATTORNEY** |
| Email: jjbrady@bcslawyers.com | 30 Wyoming Street |
| Brian P. Barger (0018908) | Dayton, Ohio 45409 |
| Email: bpbarger@bcslawyers.com | Telephone: (937) 222-3000 |
| Patricia J. Kleeberger (0070068) | Facsimile: (937) 222-14149 |
| Email: pjkleeberger@bcslawyers.com | Attorney for Defendant Union Township |
| 4052 Holland-Sylvania Road | |
| Toledo, OH 43623 | |
| Telephone: (419) 885-3000 | |
| Facsimile: (419) 885-1120 | |
| Attorneys for Plaintiffs | |

**IT IS SO ORDERED.**

_Susan J. Dlott_
Susan J. Dlott, United States District Judge

2